UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CATHERINE DARLING, et al.,

    Plaintiffs,

v.	Case No. 3:21cv1787-TKW-HTC

SACRED HEART HEALTH
SYSTEM, INC., et al.,

    Defendants.
_____/

## ORDER DENYING PRELIMINARY INJUNCTION

This case came before the Court on November 10, 2021, for a hearing on Plaintiffs' emergency motion for a temporary restraining order and a preliminary injunction. The oral findings made by the Court at the hearing are incorporated by reference into this Order, and based on those findings, it is

**ORDERED** that Plaintiffs' emergency motion for a temporary restraining order and preliminary injunction (Doc. 4) is **DENIED** because Plaintiffs failed to show that they have a substantial likelihood of success on the merits of any of their claims or that they will suffer irreparable harm if an injunction is not granted.

**DONE and ORDERED** this 10th day of November, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**