# United States District Court
## Civil Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 8:30 AM | Case No. | 3:21cv1787-TKW/HTC |
| Time Concluded | 12:47 PM | Date | November 10, 2021 |

**DOCKET ENTRY:** Hearing held (via Zoom) re: [4] Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. Court denies Plaintiff's Motion. Order entered.

PRESENT: U.S. DISTRICT JUDGE **T. KENT WETHERELL, II**   Paula Cawby   Julie Wycoff
                                                         Deputy Clerk    Court Reporter

**Style of Case:** DARLING et al v. SACRED HEART HEALTH SYSTEM, INC. et al

Plaintiff Counsel Present
Jeff Childers
James Boatman, Jr.

Plaintiff
Catherine Darling, et al

Defendant Counsel Present
Richard Margulies
Patricia Pryor

Defendant
Sacred Heart Health System, Inc., et al

**PROCEEDINGS:**

| | |
|---|---|
| 8:30 AM | Court in session |
| | Motion hearing held |
| 8:33 AM | Plaintiff argument |
| 10:09 AM | Court in recess |
| 10:21 AM | Court in session |
| 10:22 AM | Defendant responds |
| 11:42 AM | Court in recess |
| 11:52 AM | Court in session |
| 11:52 AM | Plaintiff rebuttal |
| 12:08 PM | Court addresses counsel |
| 12:09 PM | Court announces findings |
| 12:41 PM | Court to enter order |
| 12:47 PM | Court adjourned |

**Filed in Open Court**

__11/10/2021__
Deputy Clerk: pmc